COURT OF APPEALS NUMBER 12-15-00190-CV

3 DECEMBER 2015

Clerk
Office of the **Clerk**ict Clerk
of Anderson County, Texas
500 N. Church Street, Room 18
Palestine, TX 75801

CAUSE NO: 3-42362
Sims vs Thompson et al
3rd Judicial District Court
of Anderson County, Texas

RE: Filing of Second Motion To Extend The Time For Filing a Notice of
    Appeal

To The Clerk:

Please find enclosed the Plaintiff's 'Petitioner's Second Motion
to Extend the Time for Filing a Notice of Appeal.

Would you please file this and bring it to the Court's attention.

Thank you,

Billy Ross Sims, 511649
Wynne Unit
810 FM 2821
Huntsville, TX 77349-0001

REC'D IN COURT OF APPEALS
12th Court of Appeals District
DEC 07 2015
TYLER TEXAS
PAM ESTES, CLERK

cc: Clerk, 12th Court of Appeals
    12-15-00190-CV

* * * * * * * * * * * *

Clerk, Office of the District Clerk
of Anderson County, Texas
500 N. Church Street, Room 18
Palestine, TX 75801

CAUSE NO: 3-42362
Sims vs Thompson et al
3rd Judicial District Court
of Anderson County, Texas

RE: Change of Address Notice

To The Clerk,

The Plaintiff in this case, Billy Ross Sims, 511649, has been
transferred to another prison unit addressed below:

BILLY ROSS SIMS, 511649
Wynne Unit
810 FM 2821
Palestine, TX 77349-0001

cc: Clerk, 12th Court of Appeals

BILLY ROSS Sims, 511649
WYNNE UNIT
810 Fm 2821
HUNTSVILLE, TX
77349-0001

| | | |
|---|---|---|
| BILLY ROSS SIMS, 511649 | § | IN THE DISTRICT COURT |
| vs | § | 3rd JUDICIAL DISTRICT |
| Carter Thompson | | ANDERSON COUNTY, TEXAS |
| David Bridges | § | |
| Douglas Lang | | |
| Robert Fillmore | § | |
| Elizabeth Lang-Miers | | |
| Lana Myers | § | |
| Rissie Owens | | |
| Michelle Skyrme | § | |
| James Hensarling | | |
| James Kiel | § | |

PETITIONER'S SECOND MOTION
TO EXTEND THE TIME FOR FILING A NOTICE OF APPEAL

TO THE COURT:

COMES NOW THE PETITIONER, BILLY ROSS SIMS, pro se, and files this Motion to Extend the Time for Filing a Notice of Appeal, and would show:

1.  On June 30, 2015, the Court's hearing official initialed a bad faith Order of Dismissal without jurisdiction, and in violation of Judicial Code of Conduct Canons 2A, 3B(2), (5), and (7).

2.  On July 8, 2015, under the prison mailbox rule, a timely request for findings of fact and conclusions of law was filed under Texas Rules of Civil Procedure Rule 296. The Court's hearing official refused to act to make findings of fact and conclusions of law within the time prescribed by Rule 297, which was due July 28, 2015; and a timely Notice of Past Due Findings of Fact and Conclusions of Law was filed under Rule 297, which extended the time out to 40 days from the date of the original request for findings of fact and conclusions of law was made on July 8, 2015, making the due date August 17, 2015.

1

3. The filing of the Request for Findings of Fact and Conclusions of Law on July 8, 2015, under Rule 25.1(a)(4) TRCP, extended the Time for Perfecting the Appeal out to 90 days from the date the Order of Dismissal was initialed on June 30, 2015, and 90 days from that date is September 28, 2015.

4. On July 29, 2015, the Clerk of the 12th Court of Appeals accepted filing of a Petition for Writ of Mandamus against the bad faith Order of Dismissal, and the ruling is pending.

5. The Court's hearing official refused to rule on the first Motion to extend the time for filing a notice of appeal, that requested an extension of 90 days from September 28, 2015 out to December 22, 2015 pending the outcome of the ruling by the 12th Court of Appeals on the mandamus. The previous Motion filed was not ruled on by the Court.

6. This Second Motion to Extend the Time for Filing a Notice of Appeal seeks to protect petitioner's right to appeal while waiting for the 12th Court of Appeals to rule on the mandamus petition regarding the bad faith Order of Dismissal, and petitioner asks the Court to extend the time out 90 days from December 22, 2015, which would be the date March 20, 2016.

## PRAYER

WHEREFORE ALL PREMISIS CONSIDERED, Petitioner prays for the 90 day extension of time out to March 20, 2016, and that the Court will grant this Second Motion to Extend the Time for Filing a Notice of Appeal.

## VERIFICATION

I, Billy R. Sims, 511649, being presently incarcerated in the TDCJ at the Wynne Unit, declare under penalty of perjury that the foregoing is true and correct according to my own beliefs.
Signed this 3rd Day of December 2015.

BILLY R. SIMS, 511649
Wynne Unit 810 FM 2821
Huntsville, TX 77349-0001

2